O

JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE DEBTOR: KATHLEEN KELLOGG-TAXE; KATHLEEN KELLOGG-TAXE; RONALD TAXE; JOHN SABA; GREGORY GRANTHAM,<br><br>        Plaintiffs,<br><br>    v.<br><br>CAROLYN A. DYE, CHAPTER 7 TRUSTEE,<br><br>        Defendant.<br>_____ | Case No. CV 15-00079 DDP<br><br>[2:12-bk-51208 RN]<br>[2:13-ap-01781 RN]<br><br>**ORDER** |

The Court finds that there has been an unexcused lack of prosecution in this appeal and no good cause to continue entertaining it. Therefore, the Court DISMISSES the appeal for lack of prosecution.

IT IS SO ORDERED.

Dated: December 7, 2015

DEAN D. PREGERSON
United States District Judge

cc: US Bankruptcy Court & US Trustee's Office